Opinion filed March 25,
2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                           No. 11-09-00063-CR

                                                     __________

 

                         MARK
EMMONS MCLAUGHLAN, Appellant

 

                                                             V.

 

                                       STATE
OF TEXAS, Appellee



 

                                   On
Appeal from the 29th District Court

                                                         Palo
Pinto County, Texas

                                                      Trial
Court Cause No. 13695

 



 

                                            M E M O R A N
D U M   O P I N I O N

 

            Counsel
for Mark Emmons McLaughlan has filed in this court a motion to permanently
abate appeal.  Attached to the motion is the autopsy report.  The motion is
granted, and the appeal is permanently abated.  Tex. R. App. P. 7.1(a)(2).

 

March 25, 2010                                                                       PER
CURIAM

Do not publish. 
See Tex. R. App. P.
47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.